CAROL A. SOBEL  SBN 84483
COLLEEN M. MULLEN  SBN 299059
JUSTINE SCHNEEWEIS  SBN 305672
LAW OFFICE OF CAROL A. SOBEL
3110 Main Street, Suite 210
Santa Monica, California 90405
t. 310 393–3055  f. 310 399-1854
e. carolsobel@aol.com

FERNANDO GAYTAN SBN SBN 224712
SHAYLA R. MYERS  SBN 264054
LEGAL AID FOUNDATION OF LOS ANGELES
7000 S. Broadway
Los Angeles, California 90003
t. 213 640-3983   f. 213 640-3988
e. smyers@lafla.org
Attorneys for Plaintiff CANGRESS

(ADDITIONAL COUNSEL ON NEXT PAGE)

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CARL MITCHELL, MICHAEL ESCOBEDO, SALVADOR ROQUE, JUDY COLEMAN, as individuals; LOS ANGELES CATHOLIC WORKER, CANGRESS, as organizations,<br><br>PLAINTIFFS,<br><br>v.<br><br>CITY OF LOS ANGELES, a municipal entity; LT. ANDREW MATHIS, SGT. HAMER and SGT. RICHTER , in their individual and official capacities,<br><br>DEFENDANTS. | Case No.:  CV 16-01750 SJO (JPRx)<br><br>APPLICATION TO FILE EX PARTE APPLICATION TO STRIKE AND/OR SEAL PUBLICLY FILED DOCUMENTS UNDER SEAL |

1

1  PAUL L. HOFFMAN  SBN 071244
2  CATHERINE SWEETSER  SBN 271142
   SCHONBRUN SEPLOW HARRIS & HOFFMAN LLP
3  723 Ocean Front Walk
4  Venice, California 90291
5  t. 310 396-0731
   f. 399-7040
6  e. hoffpaul@aol.com
7  e. catherine.sdshhh@gmail.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**APPLICATION TO FILE EX PARTE APPLICATION UNDER SEAL**

The attached Ex Parte Application to Strike and/or Seal Publicly Filed Documents discusses at length why the highly confidential and private information related to Plaintiffs detailed in certain video exhibits and in the Declaration of Lieutenant Mathes should be sealed. Plaintiffs request in the underlying application that the Declaration of Lieutenant Mathes be removed from the public docket, without prejudice to its refiling once the confidential and private information concerning Plaintiffs has been removed. As will be apparent from the underlying Application to Strike, Plaintiffs cannot discuss the good cause further without recounting the content of the information and further prejudicing Plaintiffs by discussing their private information publicly. For that reason, Plaintiffs ask that the court allow Plaintiffs to file the Ex Parte Application to Strike and/or Seal Publicly Filed Documents under seal.

Plaintiffs informed Defendants of this application and Defendants do not oppose our filing the underlying Ex Parte Application to Strike under Seal.

Dated: April 7, 2015                     Respectfully submitted,

                                                    LAW OFFICE OF CAROL A. SOBEL
                                                   LEGAL AID FOUNDATION OF LOS ANGELES
                                                   SCHONBRUN, SEPLOW, HARRIS & HOFFMAN

                                                              /s/ Catherine Sweetser
                                                   By: CATHERINE SWEETSER
                                                   Attorneys for Plaintiffs