CAROL A. SOBEL  SBN 84483
COLLEEN M. MULLEN  SBN 299059
JUSTINE SCHEEWEIS  SBN 305672
LAW OFFICE OF CAROL A. SOBEL
3110 Main Street, Suite 210
Santa Monica, California 90405
t. 310 393–3055  f. 310 399-1854
e. carolsobel@aol.com

FERNANDO GAYTAN SBN SBN 224712
SHAYLA R. MYERS  SBN 264054
LEGAL AID FOUNDATION OF LOS ANGELES
7000 S. Broadway
Los Angeles, California 90003
t. 213 640-3983  f. 213 640-3988
e. smyers@lafla.org
Attorneys for Plaintiff CANGRESS

(ADDITIONAL COUNSEL ON NEXT PAGE)

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CARL MITCHELL, et al., | CASE NO. CV 16-01750 SJO (JPRx) |
| Plaintiffs, | |
| v. | **DECLARATION OF CATHERINE SWEETSER IN SUPPORT OF PLAINTIFFS' APPLICATION TO SEAL EX PARTE APPLICATION TO STRIKE AND/OR SEAL PUBLICLY FILED DOCUMENTS** |
| CITY OF LOS ANGELES, et al., | |
| Defendants. | |
| | Date: None |
| | Time: None |
| | Ctrm: 1 |

1. PAUL L. HOFFMAN  SBN 071244
2. CATHERINE SWEETSER  SBN 271142
3. SCHONBRUN SEPLOW HARRIS &
       HOFFMAN LLP
4. 723 Ocean Front Walk
5. Venice, California 90291
   t. 310 396-0731  f. 399-7040
6. e. hoffpaul@aol.com
7. e. catherine.sdshhh@gmail.com
8. ATTORNEYS FOR PLAINTIFFS
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.

## DECLARATION OF CATHERINE SWEETSER

I, Catherine Sweetser, declare as follows:

1. I am an attorney at Schonbrun Seplow Harris & Hoffman LLP and one of the attorneys of record in this matter.

2. I have reviewed certain videos filed by the City of Los Angeles and their pleading papers and can testify to the following of my personal knowledge.

3. Two of the videos filed by the City of Los Angeles, and the description of them in the declaration of Lieutenant Mathes, violate the constitutional rights of Plaintiffs by publicly releasing highly confidential and private information about the Plaintiffs.

4. Good cause exists to seal these videos and the description to avoid irreparable harm to the Plaintiffs.

5. I cannot further discuss the contents of the videos without further damaging Plaintiffs' interests, and therefore request to file the accompanying ex parte application to strike and seal those videos under seal to give the court a complete picture of the constitutional privacy rights that have been infringed.

6. I emailed with Defendants' counsel and spoke with them on the phone about this application and the underlying ex parte application in the morning of April 7, 2016.

7. Opposing counsel informed me that Defendants do not oppose our filing the underlying ex parte application under seal, although they do oppose our

//

//

3

underlying application to seal the videos and remove the language describing them from the declaration.

I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct.

Executed on April 7, 2016 at Venice, California.

Catherine Sweetser
Attorney for Plaintiffs