**EXHIBIT 18 A**



**EXHIBIT 18 B**



**EXHIBIT C**



**EXHIBIT D**



**EXHIBIT E**

