**Declaration of Shayla Myers**

1. I am an attorney at the Legal Aid Foundation of Los Angeles and an attorney in this matter. If called to testify, I could testify accurately to the facts herein.

2. On March 11, 2016, I was present at the corner of 6th Street and Towne Avenue at approximately 9:30 a.m.

3. I saw members of the Los Angeles Police Department, including individuals I recognized as Sergeant Hamer and Lieutenant Mathes, who are defendants in this lawsuit, present at the scene along with individuals who were wearing vests for LA Sanitation and other individuals in white Hazmat suits.

4. I observed LAPD officers taping off an area with yellow police tape, near where I was standing. This included taping off an extensive area that appeared to me to include the property of more than one person based on the items I viewed in the taped off area. I was standing within 10 feet of a red tent, which was in that area that was taped off. I observed that the tent appeared to be intact. I am aware from working on this case and other cases involving homeless individuals in the Skid Row area, that individuals on Skid Row are allowed to have tents up between the hours of 9:00 p.m. and 6:00 a.m. under the settlement in *Jones v. City of Los Angeles*, I am also aware that the Los Angeles Police Department and security officers from the Business Improvement District tell individuals that they must collapse their tents during the day pursuant to Los Angeles Municipal Code Section 41.18(d), and that under Los Angeles Municipal Code Section 56.11, a person is required to have their tent down during the day.

5. At approximately 10:00 a.m., I began taking video of what I observed. A true and correct copy of the video I took on my cell phone, beginning at approximately 10:00 a.m., is attached as Exhibit 23. I have

reviewed this video, and they fairly and accurately depict what I observed that day. Beginning at the 1:44 minute mark in the footage, an individual in a white overalls and a green vest that appears to say "City of Los Angeles" is depicted using a knife to cut the red tent, and then using his hands to continue to rip the tent. Along with the another individual in white overalls and a blue vest, the individual is seen pulling and throwing the tent poles. This continues for approximately one minute. At the foreground of the video is Lieutenant Mathes of the Los Angeles Police Department, who I recognized from his name badge, which is also depicted in the video footage.

6. At approximately the 11:49-12:05 minute mark of the footage, another individual in white overalls and a black hat is depicted ripping more of the tent as other individuals take belongings from the tent and throw them either on the sidewalk or into the green Sanitation truck that has pulled up next to the tent. At the foreground of the video, an individual in a green City of Los Angeles vest is depicted throwing at least four bicycle wheels in the Sanitation truck.

7. Almost immediately after the first video ended, I began taking a second video. A true and correct copy of that video, which I also took on my cell phone, is attached as Exhibit 24. This video is taken at the same location as the first video. The video is a true and accurate representation of what I observed.

8. At approximately the 00:40 minute mark of Exhibit 24, individuals in white overalls and others in green City of Los Angeles vests are seen carrying the tent and throwing it into the green City Sanitation truck. At approximately the 1:33 minute mark, an individual in a green City of Los Angeles vest is seen picking up and throwing a bicycle frame into the Sanitation truck along with other items. The individual in the green vest and

numerous other individuals in green vests are not wearing the white overalls and are seen handling and throwing the individual's belongings into the green Sanitation truck. At approximately the 2:45 minute mark, the video depicts the green Sanitation truck lifting and it appears to be dumping the contents in the back of the Sanitation truck. At approximately the 3:24 minute mark, the footage depicts another individual in white overalls throwing another bicycle frame into the Sanitation truck.

I swear under penalty of perjury that the foregoing is true and correct. Executed this 8th day of April 2016 at Los Angeles, California.

Shayla Myers

Declaration of Shayla Myers in Support of Plaintiffs' Application for a Temporary Restraining Order