CAROL A. SOBEL SBN 84483
LAW OFFICE OF CAROL A. SOBEL
3110 Main Street, Suite 210
Santa Monica, California 90405
t. 310 393-3055 f. 310 451-3858
e. carolsobel@aol.com

FERNANDO GAYTAN SBN 224712
SHAYLA R. MYERS SBN 264054
LEGAL AID FNDN OF LOS ANGELES
7000 S. Broadway
Los Angeles, California 90003
t. 213 640-3983   f. 213 640-3988
e. smyers@lafla.org

ATTORNEYS FOR PLAINTIFFS

(Additional Counsel on Next Page)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| CARL MITCHELL, et al., | CASE NO:cv 16-01750 SJO (JPRx) |
| Plaintiffs, | PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE |
| v. | |
| | Date: None |
| CITY OF LOS ANGELES, et al., | Time: None |
| | Ctrm: 1 |
| Defendants. | |
| | Action filed: March 14, 2016 |

1 | PAUL L. HOFFMAN  SBN 071244
2 | CATHERINE SWEETSER  SBN 271142
SCHONBRUN SEPLOW HARRIS &
3 |    HOFFMAN LLP
723 Ocean Front Walk
Venice, California 90291
4 | t. 310 396-0731  f. 310 399-7040
e. hoffpaul@aol.com
5 | e. catherine.sdshhh@gmail.com

6 | ATTORNEYS FOR PLAINTIFFS

Plaintiffs file a Request for Judicial Notice concurrently with their Reply to the Opposition filed by the Defendants. Each of the documents for which Plaintiffs seek judicial notice are true and correct copies of documents available on the government websites. *See* Declaration of Carol A. Sobel at ¶¶2-6.

**MEMORANDUM OF POINTS AND AUTHORITIES**

Pursuant to Federal Rules of Evidence 201, the Court may take judicial notice of facts which are readily ascertainable by reference to a reliable source. *See also* 1-201 *Weinstein's Federal Evidence* §201.02 (2d ed.).

The City Council files are all a matter of public record and the factual accuracy of the facts set forth in the documents attached at Exhibit 21 may be compared to the official records maintained by the City. Exhibit 21 is a true and correct copy of the documents contained in Los Angeles City Council file and its accuracy may be ascertained by comparison to the original files maintained by the City at http://clkrep.lacity.org/onlinedocs/2013/13-1092_rpt_bpc_12-17-13.pdf. The authenticity of the documents are established by the Declaration of Carol A. Sobel.

Dated: April 7, 2016          Respectfully submitted,

                                    LAW OFFICE OF CAROL A. SOBEL
                                    LEGAL AID FOUNDATION OF LOS ANGELES
                                    SCHONBRUN, SEPLOW, HARRIS & HOFFMAN

                                              /s/ Carol A. Sobel
                                    By: CAROL A. SOBEL

**DECLARATION OF CAROL A. SOBEL**

I, CAROL A. SOBEL, declare:

1. I am an attorney admitted to practice before the Supreme Court of California and the United States District Court for the Central District of California. I am one of plaintiffs' counsel in this action. I have personal knowledge of the facts set forth below and, if called to testify to those facts, would do so competently.

2. Attached at Exhibits 19 and 20 are two documents bearing the seal of the County of Los Angeles, which I have observed on many occasions as I enter the state courts and other County buildings. Each is on the letterhead of the Los Angeles County Department of Health. Exhibit 19 is a May 21, 2012 report on Skid Row health conditions. Exhibit 20 is a follow-up report issued in June 15, 2012.

3. On April 7, 2016, I searched the public website for the City of Los Angeles and obtained the documents attached at Exhibit 21 from the City Council Files. The Clerk's file identifies these documents under the title "Direct Citations" and is Council File 13-1092.

4. Council File 13-1092 is found at the following URL: http://clkrep.lacity.org/onlinedocs/2013/13-1092_rpt_bpc_12-17-13.pdf.

5. Exhibit 22 is a true and correct excerpt from the Los Angeles Police Department Manual Vol. 4. The manual is available on the LAPD's website: lapdonline.org. *See* http://www.lapdonline.org/lapd_manual.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 8th day of April, 2016 at Santa Monica, California.

/s/
CAROL A. SOBEL

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that the City of Attorney has been served by means of the Court's Electronic Court Filiug ("ECF") system this date.

Dated: April 8, 2016

                                            /s/
                                  CAROL A. SOBEL