| | |
|---|---|
| 1 | Carol A. Sobel (SBN 84483), carolsobel@aol.com |
| 2 | Colleen M. Mullen (SBN 299059), mullen.colleen1@gmail.com |
| 3 | Justine Schneeweis (SBN 305672), justine.schneeweis@gmail.com |
|   | John P. Given (SBN 269787), john@johngiven.com |
| 4 | **LAW OFFICE OF CAROL A. SOBEL** |
|   | 3110 Main St., Suite 210 |
| 5 | Santa Monica, California 90405 |
| 6 | Tel:  (31) 393-3055; Fax: (310) 399-1854 |
| 7 | Fernando Gaytan (SBN 224712), fgaytan@lafla.org |
| 8 | Shayla R. Myers (SBN 264054), smyers@lafla.org |
|   | **LEGAL AID FOUNDATION OF LOS ANGELES** |
| 9 | 7000 S. Broadway |
| 10 | Los Angeles, CA 90003 |
| 11 | Tel: (213) 640-3831; Fax: (213) 640-3988 |
| 12 | (ADDITIONAL COUNSEL ON NEXT PAGE) |
| 13 | Attorneys for Plaintiffs |

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| Carl Mitchell, et al., | CASE NO. 16-CV-01750 SJO (JPR) |
|  | Hon. S. James Otero |
| Plaintiff(s), | Courtroom 1 |
| vs. | NOTICE OF LODGING OF DVDS CONTAINING EXHIBITS 23 AND 24 IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER |
| City of Los Angeles, et. Al. | |
| Defendant(s). | |
| | Date:  None |
| | Time:  None |
| | Ctrm:  1 |
| | Complaint Filed:  March 14, 2016 |

1

Plaintiffs' Notice of Lodging of DVDs Containing Exhibits 23 and 24 in Support of Plaintiffs Ex Parte Application for a Temporary Restraining Order

Paul L. Hoffman (SBN 71244)
Catherine Sweetser (SBN 271142) catherine.sdshhh@gmail.com
**SCHONBRUN SEPLOW HARRIS & HOFFMAN, LLP**
723 Ocean Front Walk, Suite 100
Venice, CA 90291
Tel:  (310) 396-0731; Fax: (310) 399-7040

2

---

**Plaintiffs' Notice of Lodging of DVDs Containing Exhibits 23 and 24 in Support of Plaintiffs Ex Parte Application for a Temporary Restraining Order**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that pursuant to Local Rules 5-4-2 and 11-5.1, the Exhibits 23 and 24 in support of Plaintiffs' Application for a Temporary Restraining Order are videos and are therefore exempt from electronic filing. They are therefore manually filed and lodged with the Court.

Dated: April 8, 2016           Legal Aid Foundation of Los Angeles
                               Law Office of Carol A. Sobel
                               Schonbrun Seplow Harris & Hoffman, LLP


                               By:   /s/ Shayla R. Myers
                                     Shayla R. Myers
                                     Attorneys for Plaintiffs

Plaintiffs' Notice of Lodging of DVDs Containing Exhibits 23 and 24 in Support of Plaintiffs Ex Parte Application for a Temporary Restraining Order