1
2
3
4
5
6
7
8
9
10
11
12

FILED
CLERK, U.S. DISTRICT COURT

May 3, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

13              UNITED STATES DISTRICT COURT
14        CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION
15
16  CARL MITCHELL, et al.,          )   CASE NO. CV 16-01750 SJO (JPRx)
                                    )
17           Plaintiffs,            )
                                    )
18        v.                        )   **ORDER GRANTING PLAINTIFF**
                                    )   **SALVADOR ROQUE'S REQUEST**
19                                  )   **FOR WITHDRAWAL OF**
    CITY OF LOS ANGELES, et al.,    )   **COUNSEL**
20                                  )
             Defendants.            )   Ctrm: 1
21                                  )
22                                  )
23                                  )
24                                  )
25                                  )
26                                  )
27
28

1

**ORDER**

The Court hereby grants Plaintiff Salvador Roque's request to allow Shayla Myers and Fernando Gaytan, Legal Aid Foundation of Los Angeles, who are Retained Counsel, to withdraw from representation of Plaintiff Roque. No substitution is necessary because Plaintiff Roque is already represented by Carol A. Sobel, Colleen Mullen, and Justine Schneeweis, Law Office of Carol A. Sobel, and Paul L. Hoffman and Catherine Sweetser, Schonbrun Seplow Harris and Hoffman. Each is a member in good standing of the State Bar of California and this Court, and each has already entered an appearance as counsel of record in this matter on behalf of Mr. Roque.

IT IS SO ORDERED.

Dated: May 3, 2016.

*S. James Otero*

THE HONORABLE S. JAMES OTERO
United States District Judge