Carl Mitchell, et al v. City of Los Angeles, et al
USDC Case No. CV16-01750 SJO (JPR)

# ATTACHMENT 1
Map of Skid Row and Surrounding Area

# SKID ROW AND SURROUNDING AREA



## SKID ROW
NORTH - 3RD STREET
WEST - MAIN STREET
EAST - ALAMEDA STREET
SOUTH - 7TH STREET

## SURROUNDING AREA
NORTH - 2ND STREET
WEST - SPRING STREET
EAST - ALAMEDA STREET
SOUTH - 8TH STREET