MICHAEL N. FEUER, City Attorney
THOMAS H. PETERS, Chief Assistant City Attorney
ERIC BROWN, Deputy City Attorney (SBN 170410)
SUREKHA PESSIS, Deputy City Attorney (SBN 193206)
Email: Eric.Brown@lacity.org
200 North Main Street, 6th Floor
Los Angeles, California 90012
Telephone: 213.978.7508
Facsimile: 213.978.7011
Eric.Brown@lacity.org

Attorneys for Defendant CITY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL MITCHELL, MICHEAL ESCOBEDO, SALVADOR ROQUE, JUDY COLEMAN, as individuals; LOS ANGELES CATHOLIC WORKER, CANGRESS, as organizations,<br><br>PLAINTIFFS,<br><br>v.<br><br>CITY OF LOS ANGELES, a municipal entity; LT. ANDREW MATHIS, SGT. HAMER and SGT. RICHTER, in their individual and official capacities,<br><br>DEFENDANTS. | CASE NO. CV16-01750 SJO (JPRx)<br>[*Assigned to the Honorable S. James Otero, Courtroom 1*]<br><br>**DECLARATION OF SCOTT MARCUS IN SUPPORT OF CITY OF LOS ANGELES' MOTION FOR CLARIFICATION OF ORDER**<br><br>Date: June 27, 2016<br>Time: 10:00 am<br>Place: Courtroom 1 |

**DECLARATION OF SCOTT MARCUS**

## DECLARATION OF SCOTT MARCUS

I, SCOTT MARCUS DECLARE:

1. I am an attorney licensed to practice in the State of California. I am currently employed as the Assistant Chief of the Civil Litigation Branch of the Los Angeles City Attorney's Office. I have personal knowledge of the facts set forth in this Declaration, and if called upon to testify to the truth of these matters, I could and would competently do so.

2. I am assisting in the litigation in the above-captioned action, CARL MITCHELL, et al. v. CITY OF LOS ANGELES, et al., CASE NO. CV16-01750. As such, I have read and am familiar with the Court's Order Granting Plaintiffs' Application for Preliminary Injunction (Dkt. No. 13) issued on April 13, 2016 ("the Order").

3. On May 3, 2016, I contacted Carol Sobel, the lead attorney for Plaintiffs, to advise her that the City of Los Angeles ("the City") wanted to meet and confer with her and other Plaintiffs' counsel concerning the Order. Specifically, I advised Ms. Sobel that the City finds certain terms of the injunction order to be vague and believes that some parts of the Order can be read to conflict with other parts or with other legal obligations of the City. I invited Ms. Sobel to meet and confer in person the next day, May 4. Ms. Sobel responded via email that she was unable to meet on May 4, but could meet on Monday, May 9. Ms. Sobel also requested that I inform her about what the City thinks is unclear in the Order.

4. On May 4, I sent a letter to Ms. Sobel and Shayla Myers, counsel for Plaintiffs, detailing the portions of the Order that the City needed clarified. The letter posed the same questions and outlined the same arguments that are contained in the City's Motion for Clarification of Order.

5. Also on May 4, I invited Plaintiffs' counsel to meet and confer in person with Magistrate Judge Carla Woerhle (Ret.). Magistrate Judge Woerhle had assisted in

1

**DECLARATION OF SCOTT MARCUS**

mediations and settlement discussions among the City, Ms. Sobel, and Ms. Myers in other litigations involving the City's interaction with the homeless, including in *Lavan v. City of L.A.*, 693 F.3d 1022 (9th Cir. 2012).

6. On May 9, Plaintiffs' counsel and the City met and conferred at ADR's offices in Los Angeles. The parties met and conferred, with the assistance of Magistrate Judge Woerhle, for over four hours.

7. The parties were not able to reach any agreement at the end of the meet and confer session. However, the parties were able to narrow the issues. For example, Plaintiffs' counsel agreed that the Order doesn't apply to bulky items such as furniture and appliances, and does not prohibit the City from removing bulky items from Skid Row sidewalks and streets, but disagreed with the definition of "bulky items" that is contained in Los Angeles Municipal Code § 56.11. Plaintiffs' counsel further agreed that the term "Skid Row or its surrounding areas" should have defined borders but disagreed with the borders suggested by the City.

8. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and as to those matters based upon my information and belief, I am informed and believe them to be true and correct.

Executed on May 11, 2016 in Los Angeles, California.

_____/s/_____
SCOTT MARCUS

2
**DECLARATION OF SCOTT MARCUS**