**MICHAEL N. FEUER, City Attorney**
**THOMAS H. PETERS, Chief Assistant City Attorney**
**ERIC BROWN, Deputy City Attorney (State Bar No. 170410)**
**SUREKHA PESSIS, Deputy City Attorney (State Bar No. 193206)**
**200 North Main Street, Room 916**
**Los Angeles, California 90012**
**Telephone: 213.473.6877; Facsimile: 213.473.6818**
**Eric.Brown@lacity.org**

Attorneys for Defendant CITY OF LOS ANGELES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL MITCHELL, MICHEAL ESCOBEDO, SALVADOR ROQUE, JUDY COLEMAN, as individuals; LOS ANGELES CATHOLIC WORKER, CANGRESS, as organizations,<br><br>PLAINTIFFS,<br><br>v.<br><br>CITY OF LOS ANGELES, a municipal entity; LT. ANDREW MATHIS, SGT. HAMER and SGT. RICHTER, in their individual and official capacities,<br><br>DEFENDANTS. | CASE NO.  CV16-01750 SJO (JPRx)<br>[*Assigned to the Honorable S. James Otero, Courtroom 1*]<br><br>[proposed] ORDER GRANTING CITY OF LOS ANGELES' MOTION FOR CLARIFICATION OF ORDER<br><br><br>Date:   June 27, 2016<br>Time:  10 a.m.<br>Place:  Courtroom 1 |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

The Court, having considered the moving and opposing papers and the arguments of counsel, hereby rules as follows:

The motion to clarify its order of April 13, 2016, concerning the preliminary injunction issued in favor of the Plaintiffs, is GRANTED.

Accordingly, the Court clarifies its ruling as follows:

1

**PROPOSED ORDER ON MOTION FOR CLARIFICATION**

The City may understand the phrase "Skid Row or its surrounding areas" to mean "the area bordered by Second Street to the north, Eighth Street to the south, Alameda Street to the east, and Spring Street to the west."

The Court did not intend for the City to leave non-essential property of homeless arrestees on the street pursuant to Enjoined Action No. 1. The Court understands that the City may exercise its community caretaking functions to impound property incident to arrest, as appropriate under the specific factual circumstances of a given situation.

The City's confiscation of property left on the street after 24-hours' notice, as contemplated in Enjoined Action No. 7, is not a per se violation of Enjoined Action No. 1.

The preliminary injunction does not preclude the City from removing couches, appliances, sheds, and other bulky items from City sidewalks and streets.

DATED: May 11, 2016        By: _____
                                The Honorable S. James Otero
                                District Judge