UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| Carl Mitchel | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:16-cv-01750-SJO-JPR |
| v. | |
| City of Los Angeles et al | NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS |
| DEFENDANT(S). | |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| Date Filed | Doc. No. | Title of Doc. |
|---|---|---|
| 5/11/16 | 58; 59 | Notice (Other); Miscellaneous document |

**ERRORS WITH DOCUMENT**

pdf was motion for clarification, and proposed order which should have been submitted as a separate attachment to the motion

- [ ] A Certificate of Good Standing is not attached to the pro hac vice application
- [ ] Caption of document is incomplete/incorrect
- [ ] Case is closed
- [ ] Case number is incorrect or missing
- [ ] Document linked incorrectly to the wrong document/docket entry
- [ ] Document submitted in the wrong case

re 58
- [x] Hearing information is missing, incorrect, or not timely   due to incorrect event NO HEARING was set on Judge's motion calender
- [ ] Incorrect document is attached to the docket entry
- [x] Incorrect event selected. Correct event to be used is MOTION: Order
- [ ] Leave of court required for filing   Follow system prompts to select date, time and select Judge

re 59
- [x] Proposed document was not submitted as separate attachment
- [ ] Title page is missing
- [ ] F.R.Civ.P 15 Amended pleading is untimely
- [ ] Local Rule 7.1-1 No Certificate of Interested Parties and/or no copies
- [ ] Local Rule 7-19.1 Notice to other parties of ex parte application lacking
- [ ] Local Rule 11-6 Memorandum/brief exceeds 25 pages
- [ ] Local Rule 11-8 Memorandum/brief exceeding 10 pages shall contain table of contents
- [ ] Local Rule 19-1 Complaint/Petition includes more than 10 Does or fictitiously named parties
- [ ] Local Rule 56-1 Statement of uncontroverted facts and/or proposed judgment lacking
- [ ] Local Rule 56-2 Statement of genuine disputes of material fact lacking
- [ ] Other:

Note:   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: 5/13/16                                                           By: Linda_Chai@cacd.uscourts.gov
                                                                              Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.