**MICHAEL N. FEUER, City Attorney**
**THOMAS H. PETERS, Chief Assistant City Attorney**
**ERIC BROWN, Deputy City Attorney (State Bar No. 170410)**
**Email: Eric.Brown@lacity.org**
**200 North Main Street, 6th Floor**
**Los Angeles, California 90012**
**Telephone: 213.978.7508**
**Facsimile: 213.978.7011**

**Attorneys for Defendant CITY OF LOS ANGELES, LT. ANDREW MATHIS, SGT. HAMER and SGT. RICHTER**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL MITCHELL, MICHEAL ESCOBEDO, SALVADOR ROQUE, JUDY COLEMAN, as individuals; LOS ANGELES CATHOLIC WORKER, CANGRESS, as organizations,<br><br>PLAINTIFFS,<br><br>v.<br><br>CITY OF LOS ANGELES, a municipal entity; LT. ANDREW MATHIS, SGT. HAMER and SGT. RICHTER, in their individual and official capacities,<br><br>DEFENDANTS. | CASE NO. CV16-01750 SJO (JPRx)<br>[*Assigned to the Honorable S. James Otero, Courtroom 1*]<br><br>**STIPULATION TO CONTINUE HEARING DATE OF THE CITY OF LOS ANGELES' MOTION FOR CLARIFICATION OF ORDER**<br><br>[Submitted with proposed order]<br><br>Date: June 27, 2016<br>Time: 10 a.m.<br>Place: Courtroom 1 |

## STIPULATION TO EXTEND TIME

It is hereby stipulated between Plaintiffs and the City of Los Angeles, Lt. Andrew Mathis, Sgt. Hamer and Sgt. Richter (collectively "the City") as follows:

1

**STIPULATION TO CONTINUE CITY'S MOTION FOR CLARIFICATION**

1. The City has filed a Motion for Clarification of the Court's order of April 13, 2016 issuing a preliminary injunction. The motion is set for June 27, 2016.

2. The City and Plaintiffs had a mediated session on the City's concerns underlying the motion on May 9, 2016, before the Honorable Carla Woehrle. Progress was made at that session, and the parties agreed that an additional session might prove fruitful.

3. The parties have scheduled an additional mediation session before Judge Woehrle to take place during the week of June 20th.

4. Plaintiffs' opposition to the motion is currently due June 6, 2016.

5. In order to avoid the necessity of Plaintiffs needing to oppose the motion when a mediation on the same subject matter is pending, the parties request that the motion hearing date be continued.

6. In light of the schedules of the various counsel in this action, the most convenient date to which to continue the motion would be July 25, 2016.

7. The Plaintiffs and the City hereby stipulate, subject to Court approval, to continue the hearing date of the motion for clarification to July 25, 2016, in order to give the parties an opportunity to reach consensus on the issues underlying the motion.

It is so stipulated.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

2
**STIPULATION TO CONTINUE CITY'S MOTION FOR CLARIFICATION**

| | |
|---|---|
| Dated: June 2, 2016 | SCHONBRUN SEPLOW HARRIS & HOFFMAN LLP |
| | By:     /s/ |
| |     PAUL L. HOFFMAN |
| |     CATHERINE SWEETSER |
| | Attorneys for Plaintiffs |
| Dated: June 2, 2016 | LOS ANGELES CITY ATTORNEY'S OFFICE |
| | By:     /s/ |
| |     ERIC BROWN |
| | Attorneys for Defendants |
| Dated: June 2, 2016 | LAW OFFICE OF CAROL A. SOBEL |
| | By:     /s/ |
| |     CAROL A. SOBEL |
| | Attorneys for Plaintiffs |
| Dated: June 2, 2016 | LEGAL AID FOUNDATION OF LOS ANGELES |
| | By:     /s/ |
| |     FERNANDO GAYTAN |
| |     SHAYLA R. MYERS |
| | Attorneys for Plaintiffs Carl Mitchell, Judy Coleman, Michael Escobedo, CANGRESS, and Los Angeles Catholic Worker |

All parties have authorized the use of their electronic signatures for this document.

3

**STIPULATION TO CONTINUE CITY'S MOTION FOR CLARIFICATION**