**Submitted by:**
MICHAEL N. FEUER, City Attorney
THOMAS H. PETERS, Chief Assistant City Attorney
ERIC BROWN, Deputy City Attorney (State Bar No. 170410)
Email: Eric.Brown@lacity.org
200 North Main Street, 6th Floor
Los Angeles, California 90012
Telephone: 213.978.7508
Facsimile: 213.978.7011

Attorneys for Defendants CITY OF LOS ANGELES, LT. ANDREW MATHIS, SGT. HAMER and SGT. RICHTER

FILED
CLERK, U.S. DISTRICT COURT
June 3, 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: ____VPC____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL MITCHELL, MICHEAL ESCOBEDO, SALVADOR ROQUE, JUDY COLEMAN, as individuals; LOS ANGELES CATHOLIC WORKER, CANGRESS, as organizations,<br><br>PLAINTIFFS,<br><br>v.<br><br>CITY OF LOS ANGELES, a municipal entity; LT. ANDREW MATHIS, SGT. HAMER and SGT. RICHTER, in their individual and official capacities,<br><br>DEFENDANTS. | CASE NO. CV16-01750 SJO (JPRx)<br>[*Assigned to the Honorable S. James Otero, Courtroom 1*]<br><br>**ORDER ON STIPULATION TO CONTINUE HEARING DATE OF THE CITY OF LOS ANGELES' MOTION FOR CLARIFICATION OF ORDER**<br><br>**New Date: July 25, 2016**<br>**Time: 10 a.m.**<br>**Place: Courtroom 1** |

   Having considered the stipulation of the parties, and good cause appearing therefore, the Court orders as follows:

1

**[proposed] ORDER CONTINUING CITY'S MOTION FOR CLARIFICATION**

1  The hearing date of the City of Los Angeles' Motion for Clarification of Order
2  is continued from June 27, 2016 to July 25, 2016. The time for hearing remains the
3  same, 10 a.m.
4  IT IS SO ORDERED.

6  Dated: June 3, 2016.

*S. James Otero*

_____
Hon. S. James Otero
Judge, United States District Court