```
FILED
CLERK, U.S. DISTRICT COURT
June 30, 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY
```

**Submitted by:**
MICHAEL N. FEUER, City Attorney
THOMAS H. PETERS, Chief Assistant City Attorney
ERIC BROWN, Deputy City Attorney (State Bar No. 170410)
Email: Eric.Brown@lacity.org
200 North Main Street, 6th Floor
Los Angeles, California 90012
Telephone: 213.978.7508
Facsimile: 213.978.7011

Attorneys for Defendants CITY OF LOS ANGELES, LT. ANDREW MATHIS, SGT. HAMER and SGT. RICHTER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL MITCHELL, MICHEAL ESCOBEDO, SALVADOR ROQUE, JUDY COLEMAN, as individuals; LOS ANGELES CATHOLIC WORKER, CANGRESS, as organizations,<br><br>PLAINTIFFS,<br><br>v.<br><br>CITY OF LOS ANGELES, a municipal entity; LT. ANDREW MATHIS, SGT. HAMER and SGT. RICHTER, in their individual and official capacities,<br><br>DEFENDANTS. | CASE NO. CV16-01750 SJO (JPRx)<br>*[Assigned to the Honorable S. James Otero, Courtroom 1]*<br><br>**ORDER ON SECOND STIPULATION TO CONTINUE HEARING DATE OF THE CITY OF LOS ANGELES' MOTION FOR CLARIFICATION OF ORDER**<br><br>New Date: August 15, 2016<br>Time: 10 a.m.<br>Place: Courtroom 1 |

    Having considered the stipulation of the parties, and good cause appearing therefore, the Court orders as follows:

1

**[proposed] ORDER CONTINUING CITY'S MOTION FOR CLARIFICATION**

1 | The hearing date of the City of Los Angeles' Motion for Clarification of Order is continued from July 25, 2016 to August 15, 2016. The time for hearing remains the same, 10 a.m.

IT IS SO ORDERED.

Dated: June 30, 2016.

*S. James Otero*

_____
Hon. S. James Otero
Judge, United States District Court