CAROL A. SOBEL  SBN 84483
COLLEEN M. MULLEN  SBN 299059
JUSTINE SCHEEWEIS  SBN 305672
LAW OFFICE OF CAROL A. SOBEL
3110 Main Street, Suite 210
Santa Monica, California 90405
t. 310 393–3055  f. 310 399-1854
e. carolsobel@aol.com

FERNANDO GAYTAN SBN SBN 224712
SHAYLA R. MYERS  SBN 264054
LEGAL AID FOUNDATION OF LOS ANGELES
7000 S. Broadway
Los Angeles, California 90003
t. 213 640-3983   f. 213 640-3988
e. smyers@lafla.org

Attorneys for Plaintiff CANGRESS

(ADDITIONAL COUNSEL ON NEXT PAGE)

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CARL MITCHELL, et al.,<br><br>PLAINTIFFS,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>DEFENDANTS. | Case No.:  cv-16-01750 SJO (JPRx)<br><br>JOINT REQUEST TO CONTINUE THE HEARING ON DEFENDANTS' MOTION FOR CLARIFICATION<br><br>Date: August 15, 2016<br>Time: 10:00 a.m.<br>Ctrm:  1 |

PAUL L. HOFFMAN  SBN 071244
CATHERINE SWEETSER  SBN 271142
SCHONBRUN SEPLOW HARRIS &
    HOFFMAN LLP
723 Ocean Front Walk
Venice, California 90291
t. 310 396-0731  f. 399-7040
e. hoffpaul@aol.com
e. catherine.sdshhh@gmail.com

ATTORNEYS FOR PLAINTIFFS

The parties to this action, through their respective counsel, request that the Court continue the hearing on Defendants' Motion for Clarification from the present date of August 15, 2016 to September 12, 2016.

As the Court was previously informed, the parties are participating in discussions with former Magistrate Judge Carla M. Woehrle concerning issues included in the Motion for Clarification. Since the last request to continue the hearing on Defendants' motion, the parties held a joint session with Magistrate Judge Woehrle and each side subsequently met separately with the mediator. The parties believe that they are making progress and will be able to narrow the issues to be resolved by the Court with additional discussions with Judge Woehrle.

Accordingly, the parties request that the Court enter an order continuing the hearing from the present date of August 15, 2016 to September 12, 2016.

Dated: July 22, 2016      Respectfully submitted,

                                  LAW OFFICE OF CAROL A. SOBEL
                                  LEGAL AID FOUNDATION OF LOS ANGELES
                                  SCHONBRUN, SEPLOW, HARRIS & HOFFMAN

                                  _____/s/ Carol A. Sobel
                                  By: CAROL A. SOBEL
                                  Attorneys for Plaintiffs

Dated: July 22, 2016      MICHAEL N. FEUER, City Attorney
                                  THOMAS H. PETERS, Chief Asst. City Attorney
                                  ERIC BROWN, Deputy City Attorney
                                  SUREKHA PESSIS, Deputy City Attorney

                                  _____/s/__Eric Brown_____
                                  By: ERIC BROWN, Deputy City Attorney
                                  Attorneys for Defendants

CERTIFICATION OF SERVICE

The undersigned certifies that the foregoing document and Proposed Order were served on all counsel of record in this action on this date by means of the Court's Electronic Court Filing ("ECF") system.

Dated: July 22, 2016                    /s/    Carol A. Sobel
                                   By: CAROL A. SOBEL