CAROL A. SOBEL  SBN 84483
COLLEEN M. MULLEN  SBN 299059
JUSTINE SCHEEWEIS  SBN 305672
LAW OFFICE OF CAROL A. SOBEL
3110 Main Street, Suite 210
Santa Monica, California 90405
t. 310 393–3055  f. 310 399-1854
e. carolsobel@aol.com

FERNANDO GAYTAN SBN SBN 224712
SHAYLA R. MYERS  SBN 264054
LEGAL AID FOUNDATION OF LOS ANGELES
7000 S. Broadway
Los Angeles, California 90003
t. 213 640-3983   f. 213 640-3988
e. smyers@lafla.org
Attorneys for Plaintiff CANGRESS

```
FILED
CLERK, U.S. DISTRICT COURT

July 26, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY:      VPC      DEPUTY
```

(ADDITIONAL COUNSEL ON NEXT PAGE)

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CARL MITCHELL, et al.,<br><br>PLAINTIFFS,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>DEFENDANTS. | Case No.: cv-16-01750 SJO (JPRx)<br><br>ORDER RE:<br>JOINT REQUEST TO CONTINUE THE HEARING ON DEFENDANTS' MOTION FOR CLARIFICATION<br><br>Date: August 15, 2016<br>Time: 10:00 a.m.<br>Ctrm: 1 |

PAUL L. HOFFMAN  SBN 071244
CATHERINE SWEETSER  SBN 271142
SCHONBRUN SEPLOW HARRIS &
     HOFFMAN LLP
723 Ocean Front Walk
Venice, California 90291
t. 310 396-0731  f. 399-7040
e. hoffpaul@aol.com
e. catherine.sdshhh@gmail.com

ATTORNEYS FOR PLAINTIFFS

The parties to this action, through their respective counsel, submitted a Joint Request to Continue the Hearing on Defendants' Motion for Clarification to September 12, 2016 from the presently scheduled date of August 15, 2016.

The reason for the requested continuance is the participation of the parties in meet-and-confer sessions with former Magistrate Judge Carla M. Woehrle concerning issues included in the Motion for Clarification.

Based on the representations of the parties, the Court finds that there is good cause to grant the requested continuance.

Accordingly, the Court orders that Defendants' Motion for Clarification is continued from the present date of August 15, 2016 to September 12, 2016.

Dated: July 26, 2016

*S. James Otero*

UNITED STATES DISTRICT JUDGE

Lodged by:

LAW OFFICE OF CAROL A. SOBEL

By:      /s/    Carol A. Sobel
CAROL A. SOBEL

## CERTIFICATION OF SERVICE

The undersigned certifies that the foregoing document and Proposed Order were served on all counsel of record in this action on this date by means of the Court's Electronic Court Filing ("ECF") system.

Dated: July 22, 2016                    /s/     Carol A. Sobel
                                   By: CAROL A. SOBEL