**FILED**
CLERK, U.S. DISTRICT COURT

November 29, 2016.

CENTRAL DISTRICT OF CALIFORNIA
BY: ____VPC____ DEPUTY

1  MICHAEL N. FEUER, City Attorney
2  THOMAS H. PETERS, Chief Assistant City Attorney
   ERIC BROWN, Deputy City Attorney (State Bar No. 170410)
3  Email: Eric.Brown@lacity.org
   200 North Main Street, 6th Floor
4  Los Angeles, California 90012
5  Telephone: 213.978.7508
   Facsimile: 213.978.7011
6

7  Attorneys for Defendant CITY OF LOS ANGELES, LT. ANDREW MATHIS,
   SGT. HAMER and SGT. RICHTER
8

9           UNITED STATES DISTRICT COURT

10          CENTRAL DISTRICT OF CALIFORNIA

11

| CARL MITCHELL, MICHEAL ESCOBEDO, SALVADOR ROQUE, JUDY COLEMAN, as individuals; LOS ANGELES CATHOLIC WORKER, CANGRESS, as organizations,<br><br>PLAINTIFFS,<br><br>v.<br><br>CITY OF LOS ANGELES, a municipal entity; LT. ANDREW MATHIS, SGT. HAMER and SGT. RICHTER, in their individual and official capacities,<br><br>DEFENDANTS. | CASE NO.  CV16-01750 SJO (JPRx)<br>*[Assigned to the Honorable S. James Otero, Courtroom 1]*<br><br>**ORDER RE:  SIXTH STIPULATION TO CONTINUE HEARING DATE OF THE CITY OF LOS ANGELES' MOTION FOR CLARIFICATION**<br><br>Date:  December 19, 2016<br>Time:  10 a.m.<br>Place:  Courtroom 10C |
|---|---|

1
**ORDER RE SIXTH STIPULATION TO CONTINUE CITY'S MOTION FOR CLARIFICATION**

The parties to this action, through their respective counsel, have submitted a Sixth Stipulation to Continue the Motion for Clarification filed by Defendant City of Los Angeles.  advised the Court that they continue to be engaged in meet and confer process with former Magistrate Judge Woehrle and that they believe Defendant's Motion for Clarification should be continued to permit the meet and confer process to continue.

The Sixth Stipulation requests that the Court continue the hearing date on convenient date for the Motion for Clarification from December 19, 2016 to February 13, 2017.

The Court finds that there is good cause to continue the hearing on the motion.  Accordingly, the hearing date of the motion for clarification is continued to February 13, 2017 10:00 AM, in order to give the parties an opportunity to reach consensus on the issues underlying the motion.

Dated: November 29, 2016                    /s/ S. James Otero
                                            UNITED STATES DISTRICT JUDGE


Lodged by:

LAW OFFICE OF CAROL A. SOBEL

By:     /s/   Carol A. Sobel
Carol A. Sobel
Attorneys for Plaintiffs