**FILED**
CLERK, U.S. DISTRICT COURT

March 1, 2017

CENTRAL DISTRICT OF CALIFORNIA
BY: ____VPC____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL MITCHELL, et al., <br><br> PLAINTIFFS, <br><br> v. <br><br> CITY OF LOS ANGELES, et al., <br><br> DEFENDANTS. | CASE NO. CV16-01750 SJO (JPRx) <br> *[Assigned to the Honorable S. James Otero, Courtroom 10C]* <br><br> **ORDER RE:NINTH STIPULATION TO CONTINUE HEARING DATE OF THE CITY OF LOS ANGELES' MOTION FOR CLARIFICATION OF ORDER** <br><br> Date: February 13, 2016 <br> Time: 10 a.m. <br> Place: Courtroom 10C |

The parties to this action, through their respective counsel, filed an Eighth Stipulation to Continue Defendants' Motion for Clarification of the Court's order of April 13, 2016 issuing a preliminary injunction. The motion was originally set for July 25, 2016.

The Court is informed that the City and Plaintiffs continue to engage in mediation with former Magistrate Judge Woehrle regarding the issues set forth in the Motion for Clarification. The Court is also informed that the parties continue to make progress on resolving, or narrowing, the issues raised in the City's motion.

1

**ORDER RE: NINTH STIPULATION TO CONTINUE CITY'S MOTION FOR CLARIFICATION**

Plaintiffs' opposition to the motion is currently due February 27, 2017 and the motion is scheduled to be heard on March 20, 2017. To avoid the necessity of Plaintiffs opposing the motion when the parties are still engaged in mediation, the parties request that the motion hearing date be continued from the present scheduled date of March 20, 2017 to April 24, 2017.

The Court finds good cause to grant the requested continuation of the motion to give the parties an opportunity to reach consensus on the issues underlying the motion. Accordingly, the Stipulation is hereby granted. Defendant's Motion for Clarification is continued to April 24, 2017. @ 10:00 a.m.

Dated: 3/1/17

*S. James Otero*

UNITED STATES DISTRICT JUDGE

---

**ORDER RE: NINTH STIPULATION TO CONTINUE CITY'S MOTION FOR CLARIFICATION**

2