LAW OFFICE OF CAROL A. SOBEL
CAROL A. SOBEL   SBN 84483
3110 Main Street, Suite 210
Santa Monica, CA 90405
t. 310 393-3055
e. carolsobel@aol.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL MITCHELL, MICHEAL ESCOBEDO, SALVADOR ROQUE, JUDY COLEMAN, as individuals; LOS ANGELES CATHOLIC WORKER, CANGRESS, as organizations,<br><br>PLAINTIFFS,<br><br>v.<br><br>CITY OF LOS ANGELES, a municipal entity; LT. ANDREW MATHIS, SGT. HAMER and SGT. RICHTER, in their individual and official capacities,<br><br>DEFENDANTS. | CASE NO.  CV16-01750 SJO (JPRx)<br>[*Assigned to the Honorable S. James Otero, Courtroom 1*]<br><br>**UNOPPOSED REQUEST TO CONTINUE HEARING DATE OF THE CITY OF LOS ANGELES' MOTION FOR CLARIFICATION OF ORDER**<br><br>[Submitted with proposed order]<br><br>Date:   February 13, 2016<br>Time:   10 a.m.<br>Place:  Courtroom 10C |

1

**UNOPPOSED REQUEST TO CONTINUE CITY'S MOTION FOR CLARIFICATION**

# UNOPPOSED REQUEST TO RESET MOTION HEARING DATE

1. The City filed a Motion for Clarification of the Court's preliminary injunction order of April 13, 2016. The motion was originally set for July 25, 2016.

2. Over the past several months, the City and Plaintiffs engaged in several mediation sessions on the City's concerns underlying the motion on multiple dates beginning on May 9, 2016, before the Honorable Carla Woehrle. Progress was made in those sessions, and the parties agreed to continue the process.

3. Each of the parties has engaged in additional separate discussions with former Magistrate Judge Woehrle and have provided written responses to the issues under discussion. The discussions with former Magistrate Judge Woehrle are continuing. The parties are presently awaiting a written document from the judge, setting forth the parties' respective positions on the remaining issues, after which the parties will see if some or all of those matters can be resolved.

4. Plaintiffs' opposition to the motion is currently due April 3, 2017.

5. To avoid the necessity of opposing the motion when the parties are still engaged in mediation, Plaintiffs request that the motion hearing date be continued.

6. In light of the schedule of Judge Woehrle, the parties believe another extension of the time for Plaintiffs' to file their opposition would be appropriate and that the current hearing date should be continued from the current date to June 5, 2017 to allow the mediation discussions to continue.

7. Plaintiffs' counsel is advised by Deputy City Attorney Eric Brown that the Defendants have no objection to the continuance of the hearing date.

Dated: April 3, 2017         LAW OFFICE OF CAROL A. SOBEL

                             By:    /s/  Carol A. Sobel
                             Carol A. Sobel
                             Attorneys for Plaintiffs

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNOPPOSED REQUEST TO CONTINUE CITY'S MOTION FOR CLARIFICATION**