FILED
CLERK, U.S. DISTRICT COURT

April 4, 2017

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_VPC\_\_\_\_ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL MITCHELL, et al.,<br><br>PLAINTIFFS,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>DEFENDANTS. | CASE NO. CV16-01750 SJO (JPRx)<br>*[Assigned to the Honorable S. James Otero, Courtroom 10C]*<br><br>**ORDER RE: UNOPPOSED REQUEST TO CONTINUE HEARING DATE OF THE CITY OF LOS ANGELES' MOTION FOR CLARIFICATION OF ORDER**<br><br>Date: April 24, 2017<br>Time: 10 a.m.<br>Place: Courtroom 10C |

Plaintiffs have submitted an Unopposed Request to Continue the City's Motion for Clarification.

1. The City filed a Motion for Clarification of the Court's preliminary injunction order of April 13, 2016. The motion was originally set for July 25, 2016.

2. The parties represent to the Court that, over the past several months, they engaged in several mediation sessions on the City's concerns underlying the motion on multiple dates, beginning on May 9, 2016,

1

**ORDER RE: UNOPPOSED REQUEST TO CONTINUE CITY'S MOTION FOR CLARIFICATION**

before the Honorable Carla Woehrle and that progress was made in those sessions.

3. Each of the parties has engaged in separate discussions with former Magistrate Judge Woehrle and has provided written responses to the issues under discussion. They are presently awaiting a meeting date to be set by Judge Woehrle.

4. Plaintiffs' opposition to the motion is currently due April 3, 2017. Plaintiffs request that the motion hearing date be continued. Plaintiffs inform the Court that they consulted the City before filing the current request and that the City, as communicated by Deputy City Attorney Eric Brown, has no objection to the requested extension.

5. Plaintiffs request that the current hearing date be continued from the current date to June 5, 2017 to allow the mediation discussions to continue.

GOOD CAUSE APPEARING, the Court grants the unopposed request. The hearing on Defendants' Motion for Clarification is continued to June 5, 2017.

Dated: 4/4/17

*S. James Otero*

UNITED STATES DISTRICT JUDGE

2

**ORDER RE: UNOPPOSED REQUEST TO CONTINUE CITY'S MOTION FOR CLARIFICATION**