1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FILED
CLERK, U.S. DISTRICT COURT

April 4, 2017

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

CARL MITCHELL, et al.,

    Plaintiffs,

    v.

CITY OF LOS ANGELES, et al.,

    Defendants.

CASE NO. CV 16-01750 SJO (JPRx)

[~~PROPOSED~~] ORDER SEALING EX PARTE APPLICATION TO STRIKE AND/OR SEAL PUBLICLY FILED DOCUMENTS

Ctrm: 1

1

## **ORDER**

Good cause appearing, the court orders that the Ex Parte Application to Strike and/or Seal Publicly Filed Documents is lodged with the Court and remains under seal. The court further orders that Defendants shall lodge any opposition to the Ex Parte Application to Strike and/or Seal Publicly Filed Documents under seal if discussing the contents of the documents.

 IT IS SO ORDERED.

Dated: April __4__, 2016.

*S. James Otero*
_____
THE HONORABLE S. JAMES OTERO
United States District Judge