MICHAEL N. FEUER, City Attorney
THOMAS H. PETERS, Chief Assistant City Attorney
SCOTT MARCUS, Assistant Chief City Attorney
GABRIEL S. DERMER, Assistant City Attorney
**FELIX LEBRON, Deputy City Attorney (SBN 232984)**
200 North Main Street, 6th Floor
Los Angeles, California 90012
Telephone: 213.978.7559
Facsimile: 213.978.7011
felix.lebron@lacity.org

Attorneys for Defendants CITY OF LOS ANGELES,
LT. ANDREW MATHES,
and SGT. RICHTER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL MITCHELL, MICHEAL ESCOBEDO, SALVADOR ROQUE, JUDY COLEMAN, as individuals; LOS ANGELES CATHOLIC WORKER, CANGRESS, as organizations,<br><br>PLAINTIFFS,<br><br>v.<br><br>CITY OF LOS ANGELES, a municipal entity; LT. ANDREW MATHIS, SGT. HAMER and SGT. RICHTER, in their individual and official capacities,<br><br>DEFENDANTS. | **CASE NO. CV16-01750 SJO (JPRx)**<br>*[Assigned to the Honorable S. James Otero, Courtroom 10C]*<br><br>**STIPULATION TO CONTINUE TRIAL AND CUTOFF DATES**<br><br>**[Submitted with proposed order]**<br><br>**Trial: Oct. 9, 2018**<br>**Time: 9:00 a.m.** |

1

**STIPULATION TO CONTINUE TRIAL AND CUTOFF DATES**

## STIPULATION TO CONTINUE TRIAL AND CUTOFF DATES

It is hereby stipulated by and between Plaintiffs and Defendants the City of Los Angeles, Lt. Mathis, Sgt. Hamer and Sgt. Richter (collectively "the City") as follows:

1. On December 4, 2017, the Court issued a Scheduling Order (Dkt. No. 107) setting a trial date on October 9, 2018, a final pretrial conference on October 1, 2018, and related pre-trial cutoff dates.

2. The Parties have been engaged in discussions in an effort to resolve this dispute.

3. The Parties have retained Magistrate Judge Carla Woehrle (Ret.) as a private mediator. The Parties have conducted four mediation sessions with Judge Woehrle.

4. The Parties desire to continue to engage in further discussions. However, the Los Angeles City Council is currently in recess and is therefore unavailable to provide guidance to the City regarding its discussions in this matter.

5. Under the current trial date and related cutoffs in the Scheduling Order, the Parties will be forced to complete substantial discovery, motion practice, and pretrial filings, which will potentially disturb the *status quo* under which the discussions are occurring, negatively impact the Parties' discussions, and cause the Parties to incur unnecessary attorneys' fees and costs.

6. This is the Parties' first request to the Court to continue the trial and cutoff dates in this Action.

7. The Plaintiffs and the City hereby stipulate, subject to Court approval, to continue the trial date and related pre-trial cutoff dates for discovery, motion practice, and pretrial filings for 120 days and set a trial date of February 6, 2019 (or an alternative date if more convenient to the Court), with related cutoff dates based thereon, to provide additional time for the parties to complete their discussions.

It is so stipulated.

| | | |
|---|---|---|
| 1 | Dated: July 5, 2018 | SCHONBRUN SEPLOW HARRIS & HOFFMAN LLP |
| 2 | | |
| 3 | | By: _____/s/_____ |
| 4 | | PAUL L. HOFFMAN |
| 5 | | CATHERINE SWEETSER |
| 6 | | Attorneys for Plaintiffs |

| | | |
|---|---|---|
| 8 | Dated: July 5, 2018 | LAW OFFICE OF CAROL A. SOBEL |
| 9 | | |
| 10 | | By: _____/s/_____ |
| 11 | | CAROL A. SOBEL |
| 12 | | Attorneys for Plaintiffs |

| | | |
|---|---|---|
| 14 | Dated: July 5, 2018 | LEGAL AID FOUNDATION OF LOS ANGELES |
| 15 | | |
| 16 | | By: _____/s/_____ |
| 17 | | FERNANDO GAYTAN |
| 18 | | SHAYLA R. MYERS |
| 19 | | Attorneys for Plaintiffs Carl Mitchell, Judy Coleman, Michael Escobedo, CANGRESS, and Los Angeles Catholic Worker |

| | | |
|---|---|---|
| 22 | Dated: July 5, 2018 | LOS ANGELES CITY ATTORNEY'S OFFICE |
| 23 | | |
| 24 | | By: _____/s/_____ |
| 25 | | FELIX LEBRON |
| 26 | | Attorneys for Defendants |

All parties have authorized the use of their electronic signatures for this document.