1   **Submitted by:**

2   MICHAEL N. FEUER, City Attorney
    THOMAS H. PETERS, Chief Assistant City Attorney

3   SCOTT MARCUS, Assistant Chief City Attorney

4   GABRIEL S. DERMER, Assistant City Attorney
    **FELIX LEBRON, Deputy City Attorney** (SBN 232984)

5   Email: felix.lebron@lacity.org

6   200 North Main Street, 6th Floor
    Los Angeles, California 90012

7   Telephone: 213.978.7559

8   Facsimile: 213.978.7011

```
                              FILED
                     CLERK, U.S. DISTRICT COURT

                      July 12, 2018

                 CENTRAL DISTRICT OF CALIFORNIA
                 BY:_____VPC_____ DEPUTY
```

9   Attorneys for Defendants CITY OF LOS ANGELES,

10  LT. ANDREW MATHIS, SGT. HAMER and SGT. RICHTER

11              **UNITED STATES DISTRICT COURT**

12              **CENTRAL DISTRICT OF CALIFORNIA**

13

| | |
|---|---|
| CARL MITCHELL, MICHEAL ESCOBEDO, SALVADOR ROQUE, JUDY COLEMAN, as individuals; LOS ANGELES CATHOLIC WORKER, CANGRESS, as organizations, | CASE NO.  CV16-01750 SJO (JPRx) *[Assigned to the Honorable S. James Otero, Courtroom 10C]* |
| PLAINTIFFS, | **ORDER ON STIPULATION TO CONTINUE TRIAL AND CUTOFF DATES** |
| v. | |
| CITY OF LOS ANGELES, a municipal entity; LT. ANDREW MATHIS, SGT. HAMER and SGT. RICHTER, in their individual and official capacities, | |
| DEFENDANTS. | |

        Having considered the stipulation of the parties, and good cause appearing
therefore, the Court orders as follows:

                                    1

**[proposed] ORDER CONTINUING TRIAL AND CUTOFF DATES**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The Court's Scheduling Order dated December 4, 2018 (Dkt. No. 107) is hereby amended as follows:

The Court sets the following schedule:

Jury Trial:  February 5, 2019 at 9:00 a.m.

Pretrial Conference:  January 28, 2019 at 9:00 a.m.

Motion Cutoff:  December 3, 2018 @ 10:00 a.m.

Discovery Cutoff:  November 9, 2018

Except as addressed herein, all other pre-trial filing requirements set forth in the Court's Scheduling Order dated December 4, 2017 shall remain effect.

**IT IS SO ORDERED.**

Dated:   7/12/18

_S. Jame Otero_

_____

Hon. S. James Otero
Judge, United States District Court

2

**[proposed] ORDER CONTINUING TRIAL AND CUTOFF DATES**