**Submitted by:**
MICHAEL N. FEUER, City Attorney
THOMAS H. PETERS, Chief Assistant City Attorney
SCOTT MARCUS, Assistant Chief City Attorney
GABRIEL S. DERMER, Assistant City Attorney
**FELIX LEBRON, Deputy City Attorney** (SBN 232984)
Email: felix.lebron@lacity.org
200 North Main Street, 6th Floor
Los Angeles, California 90012
Telephone: 213.978.7559
Facsimile: 213.978.7011

Attorneys for Defendants CITY OF LOS ANGELES,
LT. ANDREW MATHIS, SGT. HAMER and SGT. RICHTER

```
FILED
CLERK, U.S. DISTRICT COURT
October 15, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY:      VPC      DEPUTY
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL MITCHELL, MICHEAL ESCOBEDO, SALVADOR ROQUE, JUDY COLEMAN, as individuals; LOS ANGELES CATHOLIC WORKER, CANGRESS, as organizations,<br><br>PLAINTIFFS,<br><br>v.<br><br>CITY OF LOS ANGELES, a municipal entity; LT. ANDREW MATHIS, SGT. HAMER and SGT. RICHTER, in their individual and official capacities,<br><br>DEFENDANTS. | CASE NO. CV16-01750 SJO (JPRx)<br>*[Assigned to the Honorable S. James Otero, Courtroom 10C]*<br><br>**ORDER ON SECOND STIPULATION TO CONTINUE TRIAL AND CUTOFF DATES** |

Having considered the stipulation of the parties, and good cause appearing therefore, the Court orders as follows:

1

**[proposed] ORDER CONTINUING TRIAL AND CUTOFF DATES**

1 | The Court's Scheduling Order, as amended on July 13, 2018 (Dkt. No. 110) is
2 | hereby further amended as follows:
3 | The Court sets the following schedule:
4 | Jury Trial:  June 4, 2019 at 9:00 a.m.
5 | Pretrial Conference:  May 28, 2019 at 9:00 a.m.
6 | Motion Cutoff:  April 1, 2019 @ 10:00 a.m.
7 | Discovery Cutoff:  March 4, 2019
8 | Except as addressed herein, all other pre-trial filing requirements set forth in
9 | the Court's Scheduling Order dated December 4, 2017 shall remain effect.
10 | **IT IS SO ORDERED.**
11 |
12 | Dated:   10/15/18

*/s/ S. James Otero*

Hon. S. James Otero
Judge, United States District Court