Carol A. Sobel (SBN 84483)
**LAW OFFICE OF CAROL A. SOBEL**
3110 Main St., Suite 210
Santa Monica, California 90405
Tel:  (31) 393-3055; Fax: (310) 399-1854
carolsobel@aol.com

Shayla R. Myers (SBN 264054)
**LEGAL AID FOUNDATION OF LOS ANGELES**
7000 S. Broadway
Los Angeles, CA 90003
Tel: (213) 640-3983; Fax: (213) 640-3988
smyers@lafla.org

(ADDITIONAL COUNSEL ON NEXT PAGE)

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| Carl Mitchell, et al.,<br><br>                Plaintiff(s),<br><br>    vs.<br><br>City of Los Angeles, et. al.<br>                Defendant(s). | CASE NO. 16-CV-01750 SJO (JPR)<br><br>Hon. S. James Otero<br>Courtroom 1<br><br>STATEMENT OF FACT OF DEATH; DECLARATION OF SHAYLA MYERS; EXHIBIT |

1

**Statement of Fact of Death**

Catherine Sweetser (SBN 271142)
catherine.sdshhh@gmail.com
**SCHONBRUN SEPLOW HARRIS & HOFFMAN, LLP**
723 Ocean Front Walk, Suite 100
Venice, CA 90291
Tel: (310) 396-0731; Fax: (310) 399-7040

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to Rule 25(a)(1), Plaintiffs note upon the record the death of Plaintiff Michael Escobedo during the pendency of this action.  Attached hereto is a copy of the death certificate of Mr. Escobedo, who died on October 22, 2018.

Dated: April 25, 2019

Legal Aid Foundation of Los Angeles
Law Office of Carol A. Sobel
Schonbrun Seplow Harris & Hoffman, LLP


By:   /s/ Shayla R. Myers
      Shayla R. Myers
      Attorneys for Plaintiffs

**Statement of Fact of Death**


## Declaration of Shayla Myers

I, SHAYLA MYERS, declare as follows:

1. I am an attorney, admitted to practice before this court. I am an attorney of record for the Plaintiffs in the foregoing matter. I have personal knowledge of the facts set forth in this Declaration and if called as a witness, could and would testify competently as to the facts below.

2. Attached to this declaration is a true and correct copy of the death certificate for Plaintiff Michael Escobedo, showing his death on October 22, 2018. The death certificate has been redacted to exclude the month and day of Mr. Escobedo's birth, as required by Rule 5.2 of the Federal Rules of Civil Procedure.

3. The Death Certificate was provided by the County of Los Angeles Department of Public Health. The original, certified copy of the death certificate is maintained by the Legal Aid Foundation of Los Angeles in its office.

I declare under penalty of perjury, pursuant to the laws of the United States and the State of California, that the foregoing is true and correct.

Executed this 25 day of April, 2019 at Los Angeles, California

_____
Shayla Myers, Declarant

# CERTIFICATION OF VITAL RECORD

# COUNTY OF LOS ANGELES
## DEPARTMENT OF PUBLIC HEALTH

**CERTIFICATE OF DEATH**
STATE OF CALIFORNIA

STATE FILE NUMBER: 3052018236135
LOCAL REGISTRATION NUMBER: 3201819052770

| Field | Value |
|---|---|
| 1. NAME OF DECEDENT – FIRST | MICHAEL |
| 2. MIDDLE | – |
| 3. LAST (Family) | ESCOBEDO |
| 4. DATE OF BIRTH | /1958 |
| 5. AGE Yrs. | 60 |
| 6. SEX | M |
| 9. BIRTH STATE/FOREIGN COUNTRY | UNK |
| 10. SOCIAL SECURITY NUMBER | UNK |
| 11. EVER IN U.S. ARMED FORCES? | UNK |
| 12. MARITAL STATUS | NEVER MARRIED |
| 7. DATE OF DEATH | 10/22/2018 |
| 8. HOUR | 0215 |
| 13. EDUCATION | UNKNOWN |
| 14/15. HISPANIC/LATINO? | YES UNK |
| 16. RACE | WHITE |
| 17. USUAL OCCUPATION | UNK |
| 18. KIND OF BUSINESS | UNK |
| 19. YEARS IN OCCUPATION | UNK |
| 20. RESIDENCE | 4853 W. WASHINGTON BLVD |
| 21. CITY | LOS ANGELES |
| 22. COUNTY | LOS ANGELES |
| 23. ZIP CODE | 90016 |
| 24. YEARS IN COUNTY | UNK |
| 25. STATE | CA |
| 26. INFORMANT'S NAME | ELANA JACKSON, DPA |
| 27. INFORMANT'S MAILING ADDRESS | 320 W. TEMPLE ST, LOS ANGELES, CA 90012 |
| 31. FATHER – FIRST | UNK |
| 32. MIDDLE | UNK |
| 33. LAST | UNK |
| 34. BIRTH STATE | UNK |
| 35. MOTHER – FIRST | UNK |
| 36. MIDDLE | UNK |
| 37. LAST | UNK |
| 38. BIRTH STATE | UNK |
| 39. DISPOSITION DATE | 12/05/2018 |
| 40. PLACE OF FINAL DISPOSITION | LA CO CREMATORY CEMETERY, 3301 E. FIRST ST, LOS ANGELES, CA 90063 |
| 41. TYPE OF DISPOSITION | CR/BU |
| 42. SIGNATURE OF EMBALMER | NOT EMBALMED |
| 44. NAME OF FUNERAL ESTABLISHMENT | LAC+USC MEDICAL CENTER |
| 45. LICENSE NUMBER | NONE |
| 46. LOCAL REGISTRAR | MUNTU DAVIS, M.D. |
| 47. DATE | 11/27/2018 |
| 101. PLACE OF DEATH | LONGWOOD MANOR CONVALESCENT CENTER |
| 103. OTHER THAN HOSPITAL | Nursing Home/LTC |
| 104. COUNTY | LOS ANGELES |
| 105. FACILITY ADDRESS | 4853 W WASHINGTON BLVD |
| 106. CITY | LOS ANGELES |
| 107. CAUSE OF DEATH (A) IMMEDIATE | CARDIAC ARREST |
| (B) | PANCREATIC CANCER |
| 112. OTHER SIGNIFICANT CONDITIONS | NONE |
| 113. OPERATION PERFORMED | NO |
| 115. CERTIFIER | JAMES L MELTZER M.D. |
| 116. LICENSE NUMBER | G11398 |
| 117. DATE | 11/21/2018 |
| 118. ATTENDING PHYSICIAN | JAMES L MELTZER M.D., 2555 E COLORADO BLVD SUITE 301, PASADENA, CA 91107 |
| Decedent Attended Since | 10/08/2018 |
| Decedent Last Seen Alive | 10/22/2018 |

*010001004022134*

CAL0SANG01

---



**CERTIFIED COPY OF VITAL RECORD**
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

This is a true certified copy of the record filed in the County of Los Angeles Department of Public Health if it bears the Registrar's signature in purple ink.

MD, Health Officer and Registrar VR

DATE ISSUED: APR 25 2019

002037131

This copy is not valid unless prepared on an engraved border, displaying the date, seal and signature of the Registrar.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE