MICHAEL N. FEUER, City Attorney
KATHLEEN A. KENEALY, Chief Assistant City Attorney
SCOTT MARCUS, Senior Assistant City Attorney
GABRIEL S. DERMER, Assistant City Attorney
**FELIX LEBRON, Deputy City Attorney (SBN 232984)**
200 North Main Street, 6th Floor
Los Angeles, California 90012
Telephone: 213.978.7559
Facsimile: 213.978.7011
felix.lebron@lacity.org

Attorneys for Defendants CITY OF LOS ANGELES,
LT. ANDREW MATHES,
and SGT. RICHTER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL MITCHELL, *et al.*,<br><br>　　　　　　PLAINTIFFS,<br><br>　v.<br><br>CITY OF LOS ANGELES, a municipal entity; *et al.*,<br><br>　　　　　　DEFENDANTS. | **CASE NO. CV16-01750 SJO (JPRx)**<br>*[Assigned to the Honorable S. James Otero, Courtroom 10C]*<br><br>**NOTICE OF LODGING [PROPOSED] STIPULATED ORDER OF DISMISSAL** |

---

**NOTICE OF LODGING PROPOSED STIPULATED ORDER OF DISMISSAL**

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT, pursuant to Central District Local Rule 5-4.4 and Federal Rule of Civil Procedure 41(a)(2), Defendants lodge the following for the Court's signature: (1) Proposed Stipulated Order of Dismissal.

Dated: May 29, 2019              LOS ANGELES CITY ATTORNEY'S OFFICE

                                 By:        /s/
                                     FELIX LEBRON

                                 Attorneys for Defendants

.

---

1

**NOTICE OF LODGING PROPOSED STIPULATED ORDER OF DISMISSAL**