FILED

MAR 3 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CARL MITCHELL; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> CITY OF LOS ANGELES; et al., <br><br> Defendants-Appellees, <br><br> v. <br><br> DTLA ALLIANCE FOR HUMAN RIGHTS; et al., <br><br> Movants-Appellants. | No. 19-56143 <br><br> D.C. No. 2:16-cv-01750-SJO-JPR <br> Central District of California, Los Angeles <br><br> ORDER |

Appellants' motion to dismiss this appeal (Docket Entry No. 13) is granted.

Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

                   FOR THE COURT

                   By: Roxane G. Ashe
                   Circuit Mediator

rga/mediation